UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

————————————————————————X

JANE DOE 1, individually, and on behalf of all
others similarly situated, JANE DOE 2,
individually and on behalf of all others
similarly situated, JANE DOE 3, individually
and on behalf of all others similarly situated,
JANE DOE 4, individually and on behalf of all
others similarly situated and JANE DOE 5,
individually and on behalf of all others
similarly situated,

                  Plaintiffs-Appellants,

        vs.

GOVERNMENT OF THE UNITED
STATES VIRGIN ISLANDS, FIRST
LADY CECILE DE JONGH,
GOVERNOR KENNETH MAPP,
SENATOR CELESTINO WHITE,
ATTORNEY GENERAL VINCENT
FRAZER, GOVERNOR JOHN DE
JONGH, SENATOR CARLTON DOWE,
DELEGATE STACEY PLASKETT, and
JOHN DOES 1-100,

                Defendants.

————————————————————————X

**Docket #: 26-1316**

**NOTICE OF FILING**

Nature of Suit:
2360 Torts Injury-Other Personal

Appeal From:
SDNY (NYC)
1:23-cv-10301-AS

    **Appellee Governor John de Jongh, Jr. ("JdJ")**, by and through his undersigned counsel, respectfully submits this Notice of Filing to advise the Court that Appellee's counsel has _already_ filed his entry of appearance, and of the following:

## I. EXHIBITS

The following exhibits are filed herewith:

**Exhibit A:** Docket sheet, United States Court of Appeals for the Second Circuit, Doe 1 v. Government of the United States Virgin Islands, No. 26-1316.

**Exhibit B:** Acknowledgment and Notice of Appearance of Daniel L. Cevallos, Esq., on behalf of Appellee Governor John de Jongh (ECF No. 19).

**Exhibit C:** Acknowledgment and Notice of Appearance Default Notice, dated June 3, 2026 (ECF No. 27).

**Exhibit D:** Notice of Docket Activity for ECF No. 27, transmitted by electronic mail on June 3, 2026.

## II. PROCEDURAL HISTORY

1. On June 3, 2026, the Court uploaded a notice indicating that Appellee JdJ had no entry of appearance on record. *This is not accurate.*

2. On May 20, 2026, undersigned counsel, Daniel L. Cevallos, Esq., of Cevallos & Wong LLP, electronically filed an Acknowledgment and Notice of Appearance on behalf of Appellee JdJ. That filing is docketed at ECF No. 19 (entered May 20, 2026). A true and correct copy is annexed hereto as *Exhibit B*.

3. The docket does not reflect that the Acknowledgment and Notice of Appearance filed at ECF No. 19 was rejected or returned. Although the docket contains "Defective Document" entries as to certain other filings (see, e.g., ECF Nos. 16, 17, and 22), no such entry appears as to the Acknowledgment and Notice

of Appearance filed at ECF No. 19. A true and correct copy of the docket sheet is annexed hereto as *Exhibit A*.

4. On June 3, 2026, the Court entered an Acknowledgment and Notice of Appearance Default Notice (ECF No. 27), a true and correct copy of which is annexed hereto as Exhibit C.

5. The docket text for ECF No. 27, and the accompanying Notice of Docket Activity transmitted by electronic mail, identify Appellee JdJ among the appellees noticed for failure to file an appearance. A true and correct copy of that Notice of Docket Activity is annexed hereto as *Exhibit D*.



**Notice of Docket Activity**

The following transaction was entered on 06/03/2026 10:48:08 AM EDT and filed on 06/03/2026

**Case Name:** Doe 1 v. Government of the United States Virgin Islands

**Case Number:** 26-1316

**Docket Text:**

NOTICE, to Appellee Carlton Dowe, Cecile De Jongh, John De Jongh, for failure to file an appearance, SENT. [Entered: 06/03/2026 11:27 AM]

**Document:** Appellee Respondent Appearance Notice

*Image 1: Text of E-Mail notifying that John de Jongh has not filed an appearance, which is not correct*

6. Appellee JdJ *has*, in fact, appeared in this appeal. As set forth above, and as reflected on the docket at ECF No. 19, undersigned counsel filed an Acknowledgment and Notice of Appearance on his behalf on May 20, 2026. Accordingly, to the extent the June 3, 2026 notice indicates that no appearance has

been filed on behalf of Appellee JdJ, that indication is *respectfully* shown to be inaccurate.

7. To the extent the Court's June 3, 2026 notice may have been occasioned by the fact that David J. Cattie, Esq., additional counsel of record for Appellee JdJ, has not yet filed an appearance, undersigned counsel respectfully advises the Court that Mr. Cattie is awaiting issuance of his Certificate of Good Standing from the U.S. Virgin Islands, which he requires in order to apply for admission to the bar of this Court, and that he has not yet received it. When he does, the undersigned will sponsor Mr. Cattie's application for admission. Until then, Mr. Cattie *cannot* enter his appearance in the Second Circuit.

Dated: *June 3, 2026*
    New York, New York

**C&W** CEVALLOS & WONG LLP

Daniel L. Cevallos, Esq.
60 Broad, #2900, NY, NY 10006,
917.699.5008
Danny@CevallosWong.com

*Attorneys for Governor John de Jongh, Jr.*

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on the date below, I filed the within document via the Court's Electronic Case Filing system ["ECF"], which will send a notice of electronic filing to counsel of record via a Notification of Electronic Filing ["NEF"] to all counsel of record, including:

> Jordan K. Merson, Esq.
> Merson Law, PLLC
> 950 Third Avenue
> 18th Floor
> New York, New York 10022
> (212) 603-9100 Main
> (212) 390-1712
> (347) 441-4171 Facsimile
> jmerson@mersonlaw.com
> mersonlaw.com

Dated: *June 3, 2026*
     New York, New York

C&W CEVALLOS & WONG LLP

Daniel L. Cevallos, Esq.
60 Broad, #2900, NY, NY 10006
Danny@CevallosWong.com

# EXHIBIT A

Docket sheet, United States Court of Appeals for the Second Circuit,
Doe 1 v. Government of the United States Virgin Islands, No. 26-1316.

**ACMS Docket Report**
**United States Court of Appeals for the Second Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 26-1316 | **Docketed:** 05/13/2026 |

**Nature of Suit:** 2360 TORTS INJURY-Other Personal
Doe 1 v. Government of the United States Virgin Islands
**Appeal From:** SDNY (NEW YORK CITY)
**Fee Status:** Paid

**Case Type Information:**
  **1)** Civil
  **2)** United States
  **3)**

**Originating Court Information:**
  **District:** SDNY (NEW YORK CITY) : 1:23-cv-10301
  **Trial Judge:** Arun S. Subramanian, U.S. District Judge
  **Date Filed:** 11/22/2023

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/05/2026 | 05/05/2026 | 05/11/2026 | 05/11/2026 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| JANE DOE 1, Individually and on behalf of all others similarly situated<br>  Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |
| JANE DOE 2, Individually and on behalf of all others similarly situated<br>  Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |

| | |
|---|---|
| JANE DOE 3, Individually and on behalf of all others similarly situated<br>    Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |
| JANE DOE 4, Individually and on behalf of all others similarly situated<br>    Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |
| JANE DOE 5, Individually and on behalf of all others similarly situated<br>    Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |
| JANE DOE 6, Individually and on behalf of all others similarly situated<br>    Plaintiff - Appellant | Annette G. Hasapidis, Attorney<br>Direct: 914-533-3049<br>[Retained]<br>Hasapidis Law Offices<br>38C Grove Street<br>1st Floor<br>Ridgefield, CT 06877 |
| Government of the UNITED STATES VIRGIN ISLANDS<br>    Defendant - Appellee | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>86 Chambers Street<br>New York, NY 10007<br><br>David I. Ackerman, -<br>Direct: 202-849-4962<br>[Retained]<br>401 9th Street, NW, Suite 630<br>Washington, DC 20004<br><br>Ian Stephen Anthony Clement<br>Direct: 340−774−5666<br>[Government]<br>Virgin Islands Department of Justice<br>34−38 Kronprindsens Gade<br>Gers Building, 2nd Floor<br>St. Thomas, VI 00802 |

| | |
|---|---|
| | Daniel Morris, Assistant Attorney General<br>Direct: 340-774-5666<br>[US Attorney]<br>Virgin Islands Department of Justice<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>2nd Floor<br>GERS Complex<br>St. Thomas, VI 00802 |
| First Lady CECILE DE JONGH<br>    Defendant - Appellee | Amelia Schmidt<br>Direct: 202−869−1301<br>[Retained]<br>Kaiser PLLC<br>1099 14th Street, NW, 8th Floor West<br>Washington, DC 20005 |
| Governor KENNETH MAPP<br>    Defendant - Appellee | Kenneth Mapp<br>[Pro Se]<br>2611 Meadowedge Loop<br>Saint Cloud, FL 34772 |
| Senator CELESTINO WHITE<br>    Defendant - Appellee | Celestino White<br>[Pro Se]<br>3438 Kronprinders Gade<br>GERS Complex<br>00802<br>St. Thomas, USVI |
| Attorney General VINCENT FRAZER<br>    Defendant - Appellee | Vincent Frazer<br>[Pro Se]<br>P.O. Box 304982<br>00803<br>St. Thomas, USVI |
| Governor JOHN DE JONGH<br>    Defendant - Appellee | Daniel Louis Cevallos, Trial Attorney<br>Direct: 917-699-5008<br>[Retained]<br>Cevallos & Wong LLP<br>60 Broad Street, Suite 2900<br>New York, NY 10004<br><br>David J Cattie<br>Direct: 340−775−1200<br>[Retained]<br>The Cattie Law Firm, P.C. |

| | 1710 Kongens Gade<br>St. Thomas, VI 00802 |
| --- | --- |
| Senator CARLTON DOWE<br>   Defendant - Appellee | Carlton Dowe<br>[Pro Se]<br>3438 Kronprinders Gade<br>GERS Complex<br>00802<br>St. Thomas, USVI |
| JOHN DOE 1-100<br>   Defendant - Appellee | |
| Delegate STACEY PLASKETT<br>   Defendant | |

Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Individually and on behalf of all others similarly situated,

        Plaintiffs - Appellants,

  v.

Government of the United States Virgin Islands, First Lady Cecile De Jongh, Governor Kenneth Mapp, Senator Celestino White, Attorney General Vincent Frazer, Governor John De Jongh, Senator Carlton Dowe, John Doe 1-100,

        Defendants - Appellees,

Delegate Stacey Plaskett,

        Defendant.

| 5/11/2026 | ☐ 1<br>32 pg. 361 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, FILED. [Entered: 05/13/2026 09:58 AM] [Edited: 05/14/2026 02:12 PM] |
|---|---|---|
| 5/11/2026 | ☐ 2<br>17 pg. 393 KB | DISTRICT COURT OPINION AND ORDER, dated 03/21/2025, RECEIVED. [Entered: 05/13/2026 10:00 AM] [Edited: 05/13/2026 10:52 AM] |
| 5/11/2026 | ☐ 3<br>2 pg. 198 KB | DISTRICT COURT JUDGMENT, dated 05/05/2026, RECEIVED. [Entered: 05/13/2026 10:01 AM] |
| 5/11/2026 | 4 | PAYMENT OF DOCKETING FEE, on behalf of Appellant Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, district court receipt #ANYSDC−32825991, FILED. [Entered: 05/13/2026 10:17 AM] |
| 5/11/2026 | ☐ 5<br>34 pg. 580 KB | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 05/13/2026 10:21 AM] |
| 5/13/2026 | ☐ 6<br>34 pg. 546 KB | CIVIL APPEAL, on behalf of Appellant Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, OPENED. [Entered: 05/13/2026 10:24 AM] [Edited: 05/14/2026 02:12 PM] |
| 5/13/2026 | ☐ 7<br>1 pg. 176 KB | INSTRUCTIONAL FORMS, to Pro Se Appellees Kenneth Mapp, Celestino White, Vincent Frazer, Carlton Dowe, SENT. [Entered: 05/13/2026 10:30 AM] |
| 5/13/2026 | 8 | NON-ADMITTED ATTORNEY, Amelia Schmidt and David J Cattie, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 05/13/2026 10:37 AM] |
| 5/14/2026 | 9 | ATTORNEY, David I. Ackerman, Ian Stephen Anthony Clement, for Appellee United States Virgin Islands, ADDED. [Entered: 05/14/2026 02:06 PM] |
| 5/14/2026 | 10 | NON-ADMITTED ATTORNEY, Ian Stephen Anthony Clement, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 05/14/2026 02:08 PM] |
| 5/19/2026 | 11 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. Service date 05/19/2026 by Overnight Mail. [Entered: 05/19/2026 12:36 PM] |
| 5/19/2026 | ☐ 12<br>138 pg. 1,391 KB | FORM C, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. Service date 05/19/2026 by Overnight Mail. [Entered: 05/19/2026 12:38 PM] |
| 5/19/2026 | ☐ 13<br>5 pg. 265 KB | FORM D, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. Service date 05/19/2026 by Overnight Mail. [Entered: 05/19/2026 12:39 PM] |
| 5/19/2026 | ☐ 14<br>5 pg. 262 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, informing Court of proposed due date 10/25/2026, RECEIVED. Service date 05/19/2026 by Overnight Mail. [Entered: 05/19/2026 12:43 PM] |
| 5/19/2026 | 15 | FORM C, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. Service date 05/19/2026 by Overnight Mail. [Entered: 05/19/2026 01:37 PM] |
| 5/20/2026 | ☐ 16<br>2 pg. 225 KB | DEFECTIVE DOCUMENT, Acknowledgment and Notice of Appearance Form, at docket entry 11, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. [Entered: 05/20/2026 01:50 PM] |
| 5/20/2026 | ☐ 17<br>2 pg. 225 KB | DEFECTIVE DOCUMENT, Form C, at docket entry 15, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. [Entered: 05/20/2026 03:02 PM] |

| | | | |
|---|---|---|---|
| 5/20/2026 | | 18 | CURED DEFECTIVE DOCUMENT, Form C, at entry 12, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. [Entered: 05/20/2026 03:04 PM] |
| 5/20/2026 | ☐ | 19 1 pg. 184 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee John De Jongh, FILED. Service date 05/20/2026 by ACMS. [Entered: 05/20/2026 03:42 PM] |
| 5/21/2026 | ☐ | 20 2 pg. 186 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Jane Doe 1, Appellant Jane Doe 2, Appellant Jane Doe 3, Appellant Jane Doe 4, Appellant Jane Doe 5, Appellant Jane Doe 6, FILED. Service date 05/21/2026 by ACMS. [Entered: 05/21/2026 10:46 AM] |
| 5/27/2026 | | 21 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of United States Virgin Islands, FILED. [Entered: 05/27/2026 08:20 AM] |
| 5/27/2026 | ☐ | 22 2 pg. 223 KB | DEFECTIVE DOCUMENT, Notice of Appearance, at docket entry 21, on behalf of Appellee United States Virgin Islands, FILED. [Entered: 05/27/2026 10:34 AM] [Edited: 05/27/2026 10:44 AM] |
| 5/27/2026 | ☐ | 23 1 pg. 104 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of United States Virgin Islands, FILED. [Entered: 05/27/2026 11:11 AM] |
| 5/27/2026 | | 24 | ATTORNEY, Daniel Morris, for Appellee United States Virgin Islands, ADDED. [Entered: 05/27/2026 03:42 PM] |
| 5/27/2026 | | 25 | CURED DEFECTIVE DOCUMENT, Notice of Appearance, at entry 23, on behalf of Appellee United States Virgin Islands, FILED. [Entered: 05/27/2026 03:45 PM] |
| 5/29/2026 | ☐ | 26 1 pg. 175 KB | NEW CASE MANAGER, Elizabeth Munoz, ASSIGNED. [Entered: 05/29/2026 05:52 PM] |
| 6/3/2026 | ☐ | 27 1 pg. 183 KB | NOTICE, to Appellee Carlton Dowe, Cecile De Jongh, John De Jongh, for failure to file an appearance, SENT. [Entered: 06/03/2026 11:27 AM] |

# EXHIBIT B

Acknowledgment and Notice of Appearance of Daniel L. Cevallos, Esq., on behalf of Appellee Governor John de Jongh, filed May 20, 2026 (ECF No. 19).

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Doe 1 v. Government of the United States Virgin Islands          Docket No.: 26-1316

Lead Counsel of Record (name/firm) or Pro se Party (name): Daniel L. Cevallos, Esq., Cevallos & Wong LLP

Appearance for (party/designation): Defendant-Appellee Governor John de Jongh

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Daniel L. Cevallos
Firm: Cevallos & Wong LLP
Address: 60 Broad Street, Suite 2900, New York, New York 10004
Telephone: 917.699.5008          Fax: 215.689.4375
Email: Danny@CevallosWong.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
2026-02-10 _____ OR that ( ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: Daniel Louis Cevallos
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# EXHIBIT C

Acknowledgment and Notice of Appearance Default Notice, dated June 3, 2026 (ECF No. 27).

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 3, 2026
Docket #: 26-1316
Short Title: Doe 1 v. Government of the United States Virgin Islands

DC Docket #: 1:23-cv-10301
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Arun S Subramanian

### ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the Appellee's counsel Acknowledgment and Notice of Appearance was due on **June 17, 2026.** The Court has not received the Acknowledgment and Notice of Appearance on behalf of Appellee's counsel.

If Appellee's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, Appellee's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8651.

# EXHIBIT D

Notice of Docket Activity for ECF No. 27, transmitted by electronic mail on June 3, 2026.

 Gmail

**Danny Cevallos <danny@cevalloswong.com>**

# Doe 1 v. Government of the United States Virgin Islands 26-1316 - 027 - Appellee-Respondent Appearance Notice SENT
1 message

**ACMS@ca2.fedcourts.us** <ACMS@ca2.fedcourts.us>

Wed, Jun 3, 2026 at 11:29 AM

To: danny@cevalloswong.com

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Second Circuit**

**Notice of Docket Activity**

The following transaction was entered on 06/03/2026 10:48:08 AM EDT and filed on 06/03/2026

**Case Name:** Doe 1 v. Government of the United States Virgin Islands

**Case Number:** 26-1316

**Docket Text:**

NOTICE, to Appellee Carlton Dowe, Cecile De Jongh, John De Jongh, for failure to file an appearance, SENT. [Entered: 06/03/2026 11:27 AM]

**Document:** Appellee Respondent Appearance Notice

**Notice will be electronically mailed to:**

Annette G. Hasapidis ; gvialardi@hasapidislaw.com, agh@hasapidislaw.com, agh@hasapidislaw.com
Benjamin H. Torrance ; usanys.ecf@usdoj.gov, caseview.ecf@usdoj.gov, benjamin.torrance@usdoj.gov
Amelia Schmidt ; aschmidt@kaiserlaw.com
Daniel Louis Cevallos ; danny@cevalloswong.com
David J Cattie ; david.cattie@xn--cattielaw-vf4e.com
David I. Ackerman ; cmarvin@motleyrice.com, dackerman@motleyrice.com
Ian Stephen Anthony Clement ; ian.clement@doj.vi.gov

Daniel Morris ; daniel.morris@doj.vi.gov

**Case participants listed below will not receive this electronic notice:**

Kenneth Mapp 2611 Meadowedge Loop Saint Cloud, FL 34772

Celestino White 3438 Kronprinders Gade GERS Complex 2nd Floor 00802 St. Thomas, USVI

Vincent Frazer P.O. Box 304982 00803 St. Thomas, USVI

Carlton Dowe 3438 Kronprinders Gade GERS Complex 2nd Floor 00802 St. Thomas, USVI